**Angelo Alonso, Plaintiff-Appellee, v. Hyland Builders Corporation, Defendant-Appellant.**

**Gen. No. 11,814.**

Second District.

February 24, 1964.

Rehearing denied April 20, 1964.

Howard G. Joseph, of Chicago, for appellant; Hall, Meyer, Fisher, Van Deusen, Holmberg & Snook, all of Waukegan (Charles M. May, of counsel), for appellee. Opinion by JUSTICE CARROLL. **Not to be published in full.**